PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-1712
_____

IN RE: FRIEDMAN'S INC.,
Debtor

FRIEDMAN'S LIQUIDATING TRUST,
Appellant

v.

ROTH STAFFING COMPANIES LP

Appeal from the United States District Court
for the District of Delaware
(District Court No. 1-12-cv-00306)

ORDER AMENDING OPINION

The opinion entered December 24, 2013 is hereby amended to include the name of the firm for attorneys Demmy and Sawczuk:

John D. Demmy, Esquire (Argued)
Maria Aprile Sawczuk, Esquire
Stevens & Lee, P.C.
1105 North Market Street
Suite 700
Wilmington, DE 19801

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date: December 27, 2013
PDB/cc: All Counsel of Record